| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 12 S<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE
07 MAY 16 A 11: 08
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Missouri State Judicial Retirement | $ 47,752.22 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of Missouri Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $ 1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on Condominium #151 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | None | J | T | | | | | |
| 2. Transamerica | A | Dividend | J | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. Jefferson Pilot | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Allianz Life Ins. Co. (See VIII) | A | Dividend | J | T | Sold | 3/24 | J | A | |
| 10. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 11. Investment Co. of America (See VIII) | A | Dividend | J | T | Sold | 11/15 | K | C | |
| 12. State Teacher Retirement | D | Interest | L | T | | | | | |
| 13. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 14. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 15. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 16. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 17. American Growth Fund - Class C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Condominium Lake Ozark, MO | D | Rent | L | W | Sold | 2/17 | L | B | |
| 19. Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 20. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 21. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 22. Lincoln Financial Group | A | Dividend | J | T | | | | | |
| 23. Oppenheimer Capital Income Fund | A | Dividend | J | T | | | | | |
| 24. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 25. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 26. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 27. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |
| 28. Bank of Kirksville - CD #3 | A | Interest | J | T | | | | | |
| 29. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 30. Bank of Kirksville - CD #5 | A | Interest | J | T | | | | | |
| 31. Bank of Kirksville - CD #6 | A | Interest | J | T | | | | | |
| 32. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | K | T | | | | | |
| 33. 1/2 interest in real estate / Scotland County, Missouri | B | Inheritance | M | W | | | | | |
| 34. Franklin Templeton Funds MO Tax Free | A | Dividend | K | T | Sold | 4/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Income Fund | | | | | | | | | |
| 35. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |
| 36. Thornburg Limited Term Municipal Fund Class A | A | Dividend | J | T | Sold | 4/19 | J | A | |
| 37. Blanchard | A | Dividend | J | T | | | | | |
| 38. Federated Growth Strategies | A | Dividend | J | T | | | | | |
| 39. AG Edwards - St. Charles Co. Transp. Munipal Tax Free Bond | A | Bond | K | T | Sold | 1/31 | K | B | |
| 40. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 41. Condominium Lake of the Ozarks | | Rent | M | T | | | | | |
| 42. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 43. Calmos Growth Fund (See VIII) | A | Dividend | J | T | Buy | 2005 | J | A | |
| 44. Pimco Commodity Real Estate Strategy (See VIII) | A | Dividend | J | T | Buy | 2005 | J | A | |
| 45. Pimco Real Return Strategy (See VIII) | A | Dividend | J | T | Buy | 2005 | J | A | |
| 46. Federated Stock and Muni Advantage Account (2nd) (See VIII) | A | Dividend | J | T | Buy | 2005 | J | A | |
| 47. US Bank Certificate of Deposit | A | Dividend | J | T | Buy | 06/06 | J | A | |
| 48. John Hancock | B | Dividend | K | T | Buy | 10/13 | K | B | |
| 49. Eaton Vance | A | Dividend | J | T | Buy | 11/21 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate.

Section VII:
Allianz Life Ins., line 9 - 2 accounts on last year's report - sold one account

Investment Co. of America, line 11 - sold partial account for $34,447.63

Calmos Growth Fund, line 43 - Inadvertently omitted in last year's report - bought 12/7/05

Pimco Commodity Real Estate Stragety, line 44 - Inadvertently omitted in last year's report - bought 12/7/05

Pimco Real Reeturn Strategy, line 45 - Inadvertently omitted in last year's report - bought 12/6/05

Federated Stock and Muni-Advantage Fund (second account), line - Inadvertently omitted in last year's report - bought 3/31/05

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____Date__*May 7, 2007*__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544